**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **CORSICA LAMBERT, *et al.*,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:24-00397-N** |
| | ) | |
| **MOBILE COUNTY COMMISSION,** | ) | |
| ***et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER ON MOTION FOR SUMMARY JUDGMENT**

This civil action is before the Court on the "Motion for Summary Judgment" under Federal Rule of Civil Procedure 56 (Doc# 65), with separately-filed supporting brief (Doc# 66) and evidentiary material (Docs# 63, 64), filed November 25, 2025, by Defendants Eric Blackwood, Sheriff Paul Burch, Daniel Franklin, Joshua Grimm, Brandon Light, Michael Pozobyt, Curtis Renfroe, Jonathan Rivers, and J.T. Thornton. In accordance with the Court's briefing schedule (Docs# 68, 75), the Plaintiffs—Corsica Lambert, Jason Napier, and Brittnay Powe—filed a response in opposition to said motion (Doc# 76), with separate supporting evidentiary material (Docs# 77, 78), and the movant Defendants filed a reply to the response (Doc# 83). Briefing on the present motion is now closed, and the motion is ripe for disposition.

After briefing closed on the present motion, the Court dismissed this action as to Franklin, Light, and Pozobyt under Federal Rule of Civil Procedure 41(a)(2) on motion of the Plaintiffs (*see* Docs# 80, 90); the present motion is therefore **MOOT** as to those Defendants. And upon due consideration, the undersigned finds that the motion is due to be, and hereby is, **GRANTED** as to Burch, Blackwood, Grimm,

Renfroe, Rivers, and Thornton,[1] such that all claims against those defendants are **DISMISSED with prejudice**, except for Lambert and Napier's claims under 42 U.S.C. § 1983 for violations of the Fourth Amendment to the U.S. Constitution arising from allegedly excessive damage done to their residence during the October 26, 2022 search, which remain pending because they were not addressed in the present motion.

A separate memorandum setting out the Court's reasoning on this ruling will be entered as soon as is practicable.

**DONE** and **ORDERED** this the **29th** day of **September 2026**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

[1] With the consent of the parties, the Court has designated the undersigned Magistrate Judge to conduct all proceedings and order the entry of judgment in this civil action, in accordance with 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and S.D. Ala. GenLR 73. (*See* Docs# 30, 31).