IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

LAMBERT ET AL *

Plaintiffs, *

vs. * CASE NO. CV 24-397

MOBILE COUNTY COMMISION, ET AL *

Defendants.

Notice of Appeal

Come now the Plaintiffs in the above captioned action, and hereby appeal the District Court's September 29, 2026 Summary Judgment Order and October 2, 2026 Memorandum in support thereof, to the Eleventh Circuit Court of Appeals.

Respectfully submitted,

/s/ Marcus T. Foxx
Marcus T. Foxx (ASB 6742R79F)
Attorney for Plaintiffs
PO BOX 41203
Mobile, AL 36640
(251) 510-860

/s/Larry C. Moorer
Larry C. Moorer
Attorney for Plaintiffs
Bar Number ASB-0337-R81L
107 North Jackson St.
Mobile, AL 36602
(251) 432-0002
Fax: (251) 432-0040
E-mail: lcmooreratty@gmail.com

CERTIFICATE OF SERVICE

I hereby certify I have on this 13th day of October, 2026, electronically filed the foregoing Notice of Appeal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties:

/s/Larry C. Moorer
Larry C. Moorer